IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FRANCISCO REYES VEJARANO

DEBTOR

CASE NO. 93-03764 (SEK)

CHAPTER 11

## NOTICE OF APPEARANCE

COMES NOW, creditor, Rafael Juarez Lloveras by its undersigned legal counsel and respectfully shows:

1. That the undersigned counsel has been retained as counsel for the creditor, Rafael Juarez Lloveras.

wherefore the undersigned counsel moves this Honorable Court to take notice of the above stated statements and request to be notify of all proceedings from now on and to order to all the attorneys of records to notify the undersigned counsel with copy with the proceedings pending for hearing on August 30, 1994 as follows:

DEBTOR'S MOTION FOR ADMINISTRATIVE CONSOLIDATION (49)

BANCO SANTANDER'S MOTION TO DISMISS (51)

DEBTOR'S MOTION FOR STAY OF PROCEEDINGS (52)

DEBTOR'S REQUEST FOR SUSPENSION OF PROCEEDINGS (54)

BANCO SANTANDER'S REQUEST FOR ORDER (55)

DEBTOR'S OPPOSITION TO DISMISSAL (56)

BANCO SANTANDER'S OPPOSITION TO MOTION FOR ADMINISTRATIVE CONSOLIDATION (58)

I CERTIFY THAT a true copy of the document has been sent to Hernández y Vidal, Donald F. Walton, Acting U.S. Trustee and Alejandro Oliveras, Assistant U.S. Trustee to their addresses of records.

Respectfully submitted this July 26, 1994.

                        JORGE LUIS RUIZ RIVERA, ESQ.
                        REGISTER NO. 114603
                        BAYAMON #407
                        URB. LA CUMBRE
                        SAN JUAN, PR 00926
                        TEL. (809) 272-6615
                        760-8585 UNIT 123-6311