# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**FRANCISCO REYES VEJARANO**<br>**AMERICAN GENERAL CORPORATION**<br>**CR CARIBBEAN REALTOR CO., INC.**<br><br>**DEBTOR** | **CASE No. 93-03764(SEK)**<br>**CASE No. 93-05105(SEK)**<br>**CASE No. 93-05106(SEK)**<br><br>**CHAPTER 7**<br>**ASSET CASE** |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

TO THE HONORABLE

      Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1. In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $10,308.15, which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 et. Seg.

2. Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

        Claim #12       Rafael Juarez        $10,308.15
                                PO Box 723
                                San Juan, PR 00919

      **I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I HEREBY CERTIFY having sent a copy of this document by first Class U.S. Mail to the U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This 14th day of August of 2006 in Guaynabo, Puerto Rico.

<u>S/ Wigberto Lugo Mender</u>.
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
PMB 241, 3071 Ave. Alejandrino
Guaynabo, PR 00969-7035
Tel. (787) 708-0333
Fax (787) 708-0330
trustee@lugomender.com